IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ABDAL MALIEK SALAAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:16CV807 |
| v. | ) | 2:94CR79-1 |
| | ) | 2:94CR80-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on May 14, 2020, was served on the parties in this action. Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. None of Petitioner's objections has merit. The court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that the stay in this matter is LIFTED, that Petitioner's motion to vacate, set aside or correct sentence (2:94CR79-1, ECF No. 102; 2:94CR80-1, ECF No. 93), as supplemented, is DENIED, and that judgment be entered dismissing the action.

A judgment dismissing this action will be entered contemporaneously with this Order.

Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This, the 23rd day of July 2020.

/s/ Loretta C. Biggs
United States District Judge